2011–0642.   [State ex rel] Smith v. Beathard.
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.